## P. C. McLEMORE v. STATE.
### No. 14368.

Court of Criminal Appeals of Texas.
April 8, 1931.

Clarence J. Ginn, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for murder, the punishment assessed at ten years' confinement in the penitentiary.

Appellant has filed his affidavit advising the court that he desires no further to prosecute his appeal.

In compliance with his request, the appeal is dismissed.

## Jose RODIGUIZ v. STATE.
### No. 14148.

Court of Criminal Appeals of Texas.
April 15, 1931.

D. L. Harry, of Jacksonville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for theft of property over the value of $50; punishment being two years in the penitentiary.

It is made to appear that pending this appeal appellant has escaped from jail and has remained at large more than ten days. The case is brought under the provisions of arti-cle 824, C. C. P., which provides that an escape of accused from custody pending appeal ousts this court of jurisdiction.

The appeal is therefore dismissed.

## J. C. SHIELDS v. STATE.
### No. 14130.

Court of Criminal Appeals of Texas.
April 8, 1931.

V. L. Shurtleff, of Breckenridge, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The offense is the possession of intoxicating liquor for the purpose of sale; punishment fixed at confinement in the penitentiary for one year.

The indictment is regular. The facts heard before the trial court are not brought up for review. There are no complaints of the rulings of the trial court presented by bills of exception or otherwise. No fundamental error has been perceived.

The judgment is affirmed.

## Wilson TEAGUE v. STATE.
### No. 14290.

Court of Criminal Appeals of Texas.
April 15, 1931.

Will Hanock and John M. Hatter, both of Waxahachie, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

The conviction was for receiving stolen property; punishment, two years in the penitentiary.

Authentic information has reached this court that pending the appeal appellant was killed in an automobile accident.

The appeal is therefore abated.